```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                   Case No.  12-23812-CIV-GRAHAM
```

ARRIVALSTAR S.A., et al.,

    Plaintiffs,

vs.

WILSON TRUCKING COMPANY, et al.,

    Defendants.
_____/



## ORDER

**THIS CAUSE** came before the Court upon a review of the record.

**THE COURT** has reviewed the pertinent portions of the record, and is otherwise fully advised in the premises. On January 17, 2013, this Court issued an order requiring the parties to file a joint status report and election form by 5:00 p.m. on Friday, February 1, 2013. [See D.E. 11]. The parties were notified that "[f]ailure to file a timely joint status report and election form shall be grounds for dismissal." Id. The parties have failed to comply. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Court Orders.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of February, 2013.

                                            s/ Donald L. Graham
                                            Donald L. Graham
                                            UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record